# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BERTHA ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  12-CV-122-GKF-TLW |
| | ) |
| B&K FOODS, LLC, d/b/a SIMPLE | ) |
| SIMONS PIZZA, a domestic limited | ) |
| liability company, and BNF | ) |
| FOOD/SIMPLE SIMON'S PIZZA, and | ) |
| J & H FOODS, INC., a domestic for | ) |
| profit business corporation, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Before the court is the Joint Motion to Reset Settlement Conference. [Dkt. 29]. The parties request a continuance of the Settlement Conference based upon the pending Motion for the Entry of Default Judgment, [Dkt. 21], Motion to File an Answer Out of Time, [Dkt. 22], and Agreed Motion to File Answer Out of Time [Dkt. 25]. Those motions are no longer pending as the court issued its ruling on August 26, 2012. [Dkt. 31].

Further, the parties mistakenly indicate that the Settlement Conference is scheduled for August 26, 2013. The Settlement Conference was previously rescheduled from August 26, 2013, to September 6, 2013, at 1:30 p.m. [Dkt. 27].

Because the parties' reasons for a continuance of the Settlement Conference no longer exist, the court DENIES the Joint Motion to Reset Settlement Conference [Dkt. 29].

Pursuant to the court's previous Settlement Conference Order, [Dkt. 29], the Settlement Conference will proceed on September 6, 2013, at 1:30 p.m.

IT IS SO ORDERED THIS 26th day of August, 2013.

*Frank H. McCarthy*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE